1  CATHERINE CORTEZ MASTO
   Attorney General
2  BINU G. PALAL
   Deputy Attorney General
3  Nevada Bar No. 010178
   Public Safety Division
4  555 East Washington Avenue, #3900
5  Las Vegas, Nevada 89101
   Tel: (702) 486-3420
6  Fax: (702) 486-3906
7  bpalal@ag.nv.gov
   Attorneys for Defendant,
8  Department Of Public Safety

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11                        * * *

12

13 GARY SPICER, an individual,           CASE NO. 2:09-cv-02053-GMN-PAL

14              Plaintiff,                STIPULATION AND ORDER TO DISMISS

15 v.

16
   STATE OF NEVADA DEPARTMENT OF
17 PUBLIC SAFETY; DOES I-X;
   ROES Entities I-X,
18
19              Defendants.

20

21          **STIPULATION AND ORDER TO DISMISS**

22     **IT IS HERBY STIPULATED** by and between Plaintiff, GARY SPICER, by and through his

23 counsel M. LANI ESTEBAN-TRINIDAD, ESQ., and Defendant, STATE OF NEVADA

24 DEPARTMENT OF PUBLIC SAFETY, by and through their counsel, CATHERINE CORTEZ

25 MASTO, Attorney General, and BINU G. PALAL, Deputy Attorney General, that the above

26 referenced matter be dismissed with prejudice.

27     . . .

28     . . . .

**IT IS FURTHER STIPULATED** that each party shall bear their own attorney's fees and costs.

DATED: August 20, 2010

DATED: August 20, 2010

ESTEBAN-TRINIDAD LAW, P.C.

CATHERINE CORTEZ MASTO, ESQ.
Attorney General

By: /s/M. LANI ESTEBAN-TRINIDAD
M. LANI ESTEBAN-TRINIDAD
4315 North Rancho Drive, Suite 110
Las Vegas, NV 89130

*Attorneys for Plaintiff*

By: /s/BINU G. PALAL
BINU G. PALAL
Deputy Attorney General
Nevada Bar No. 10178
Office of the Attorney General
Public Safety Division
555 East Washington Avenue, #3900
Las Vegas, Nevada 89101

*Attorneys for Defendants*

## ORDER

IT IS SO ORDERED this 23rd day of August, 2010.

_____
Gloria M. Navarro
United States District Judge

-2-